UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

STEPHANIE A. OFOE,

        Plaintiff,

v.

DEPARTMENT OF DEFENSE,

        Defendant.

Case No. 2:18-cv-232
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chesley M. Vascura

## ORDER

On August 14, 2018, the United States Magistrate Judge issued a Report and Recommendation (ECF No. 5) recommending dismissal of Plaintiff's Complaint (ECF No. 1) without prejudice for failing to timely effect service.

The time for filing objections has passed, and no objections have been filed in response to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the Court hereby orders the Clerk to **DISMISS** this action for failure to timely effect service, as required by Rule 4(m) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

9-20-2018
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE